PER CURIAM.
Affirmed. See Mayer v. Cianciolo, 463 So,2d 1219 (Fla. 3d DCA 1985); Variety Children’s Hospital, Inc. v. Vigliotti, 385 So.2d 1052 (Fla. 3d DCA 1980); Eckert v. Soverel Marine, Inc., 380 So.2d 569 (Fla. 4th DCA 1980); Brieler v. Feder, 367 So.2d 246 (Fla. 3d DCA), cert. denied, 378 So.2d 342 (Fla.1979); Symon v. J. Rolfe Davis, Inc., 245 So.2d 278 (Fla. 4th DCA), cert. denied, 249 So.2d 36 (Fla.1971).